IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LEDIC REALTY SERVICES, LTD.,
d/b/a LEDIC MANAGEMENT GROUP;
MEMPHIS 99 TOWER, L.P.

    Plaintiffs,

vs.                            Docket No.: 04-2019 DV

ROYAL SURPLUS LINES INSURANCE
COMPANY; THE HARTFORD STEAM
BOILER INSPECTION & INSURANCE
COMPANY OF CONNECTICUT,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, Ledic Realty Services, LTD. D/b/a Ledic Management Group and Memphis 99 Tower, L.P. and Defendants Royal Surplus Lines Insurance Company and The Hartford Steam Boiler Inspection & Insurance Company of Connecticut and stipulate to the Court that all matters in controversy between them have been compromised and settled and that the action of the Plaintiffs against the Defendants should be dismissed with full prejudice with each party paying their own costs.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the action of the Plaintiffs against Defendants be, and the same hereby is, dismissed with prejudice upon the merits with each party paying their own costs, for which let execution issue, if necessary.

_____
JUDGE

June 10, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-14-05

APPROVED BY:

GLANKLER BROWN, PLLC

Attorneys for Plaintiff Ledic Realty Services, LTD.,
d/b/a Ledic Management Group and
Memphis 99 Tower, L.P.

BY: *John Houseal by KS w/prmn*
JOHN I. HOUSEAL, JR. (#8449)
VAN D. TURNER, JR. (#022603)
1700 One Commerce Square
Memphis, TN  38103
901-525-1322


SHUTTLEWORTH WILLIAMS, PLLC
Attorney for Defendant Royal Surplus Lines
Insurance Company

BY: *K. P. Shuttleworth*
KENNETH R. SHUTTLEWORTH (#8870)
200 Jefferson Avenue, Suite 1500
Memphis, Tennessee 38103
901-526-7399


WATKINS LUDLAM WINTER & STENNIS, P.A.

Attorney for The Hartford Steam Boiler
Inspection & Insurance Company of Connecticut

BY: *E. Patrick Lancaster by KS w/prmn*
E. PATRICK LANCASTER (#008406)
6987 Crumpler Boulevard, Suite 100
Olive Branch, MS  38654
662-895-2996

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02019 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

E. Patrick Lancaster
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT