UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 20 PM 2: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| LEDIC REALTY SERVICES, LTD., d/b/a LEDIC MANAGEMENT GROUP; MEMPHIS 99 TOWER, L.P. | JUDGMENT IN A CIVIL CASE |
| v. | |
| ROYAL SURPLUS LINES INSURANCE COMPANY; THE HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY OF CONNECTICUT | CASE NO: 04-2019-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered on June 14, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 20, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

Earline Drayer
_____
(By)   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05

(12)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02019 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

E. Patrick Lancaster
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT