FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 JUN 21  AM 6: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**LEDIC REALTY SERVICES, LTD.,**
**d/b/a LEDIC MANAGEMENT GROUP;**
**MEMPHIS 99 TOWER, L.P.,**

      Plaintiff,

vs.

**ROYAL SURPLUS LINES INSURANCE**
**COMPANY; THE HARTFORD STEAM**
**BOILER INSPECTION & INSURANCE**
**COMPANY OF CONNECTICUT,**

      Defendants.

Case No.: 04-2019 D V

---

## ORDER OF DISMISSAL

---

It appears to the Court that the parties, by and through their respective counsel, have reached a consensual resolution of their claim.

IT IS THEREFORE ORDERED that the above cause be dismissed without prejudice based upon the Notice of Settlement.

**IT IS SO ORDERED** this _17th_ day of _June_ 2005.

                              **BERNICE B. DONALD**
                              **UNITED STATES DISTRICT JUDGE**



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02019 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

E. Patrick Lancaster
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT